Patty NITSCHE, Appellant,

v.

P.D. KIRCHER and Osage Valley Electric Cooperative, Respondents.

No. WD 67068.

Missouri Court of Appeals, Western District.

June 19, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 2007.

Larry D. Coleman, Raytown, MO, for appellant.

Craig S. Johnson, Jefferson City, MO, for respondents.

Before NEWTON, P.J., BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Patty Nitsche appeals the trial court's judgment granting summary judgment in favor of P.D. Kircher and Osage Valley Electric Cooperative. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).

■

Ricky L. MADDIX, Respondent

v.

MISSOURI DEPARTMENT OF CORRECTIONS, Appellant.

No. WD 66394.

Missouri Court of Appeals, Western District.

June 19, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 2007.

Stephen D. Hawke, Jefferson City, MO, for Appellant.

Ricky L. Maddix, Mineral Point, pro se.

Before BRECKENRIDGE, P.J., LOWENSTEIN and HOLLIGER, JJ.

### ORDER

PER CURIAM.

Appellant, Department of Corrections sought to overturn trial court's judgment declaring eligibility for parole statute was prescribed under Section 571.015.1, rather than Section 558.019.2. Affirmed. Rule 84.16(b).